IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MONICA WYNEE MCCORD, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CIVIL CASE NO. 2:23-cv-700-ECM ) |
| DR. ERIC MACKEY, *et al.*, | ) ) |
| Defendants. | ) |

**MEMORANDUM OPINION and ORDER**

On August 12, 2024, the Magistrate Judge entered a Recommendation (doc. 32) to which no timely objections have been filed. Upon an independent review of the file and upon consideration of the Recommendation, it is

ORDERED as follows:

1. The Recommendation of the Magistrate Judge (doc. 32) is ADOPTED;

2. Defendant Dr. Eric Mackey's motion to dismiss (doc. 20) is GRANTED, and he is DISMISSED from this action with prejudice;

3. The motion to dismiss and motion for more definite statement filed by Defendant Montgomery County Board of Education and the Board officials (doc. 17) is GRANTED to the extent that Defendants Dr. Melvin Brown, Dr. Ann Roy Moore, Kim Pitts-Gills, Dr. John Johnson, Jamarious Harris, and Dollie Jones are DISMISSED from this action with prejudice. Defendant Montgomery County Board of Education's motion for more definite statement (doc. 17) is HELD IN ABEYANCE;

4. This case is REFERRED back to the Magistrate Judge for consideration of the motion for more definite statement (doc. 17) and other proceedings not inconsistent with this Opinion.

DONE this 30th day of August, 2024.

/s/ Emily C. Marks
EMILY C. MARKS
CHIEF UNITED STATES DISTRICT JUDGE